UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PETER AHERN,<br><br>        Plaintiff,<br>   v.<br>AETNA LIFE INSURANCE COMPANY, et al.,<br><br>        Defendants. | No. C 12-04323 MEJ<br><br>**ORDER VACATING CMC**<br><br>**ORDER REFERRING PARTIES TO MEDIATION** |

This case is currently scheduled for a Case Management Conference on November 15, 2012. Upon review of the parties' joint statement, the Court finds a conference unnecessary at this time and VACATES the November 15 c.m.c. The parties are hereby referred to mediation. The parties shall file an updated joint case management statement upon completion of the mediation process.

**IT IS SO ORDERED.**

Dated: November 13, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge