**THE FLEISHMAN LAW FIRM**
Charles J. Fleishman Bar# 46405
Paul A. Fleishman Bar# 251657
5850 Canoga Ave. 4th Floor,
Woodland Hills, CA 91367
Telephone: (818) 710-2724
FAX: (818) 710-2728
erisa@erisarights.com
Attorneys for **Plaintiff**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER AHERN | NO. 12cv4323 MEJ |
| Plaintiff, | JOINT STIPULATION TO DISMISS CASE |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, a corporation; COOPER GROUP LONG TERM DISABILITY PLAN, an ERISA plan; DOES 1 through 10, inclusive, | |
| Defendants | |

1

The parties to the above entitled action do hereby stipulate that, pursuant to the parties' settlement, the matter be dismissed with prejudice.

Dated: April 25, 2013

/s/ Paul Fleishman

Paul Fleishman
Attorney for Plaintiff
Peter Ahern

Dated: April 25, 2013

/s/ Jordan Altura

Jordan S. Altura
Attorney for Defendants
Aetna Life Insurance Company, and
Cooper Group Long Term Disability Plan

It is so ordered.

Dated: April 29, 2013

_____
Honorable Maria-Elena James
California Northern District Court Magistrate