**THE FLEISHMAN LAW FIRM**
Charles J. Fleishman Bar# 46405
Paul A. Fleishman Bar# 251657
5850 Canoga Ave. 4th Floor,
Woodland Hills, CA 91367
Telephone: (818) 710-2724
FAX: (818) 710-2728
erisa@erisarights.com
Attorneys for **Plaintiff**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER AHERN ) | NO. 12cv4323 MEJ |
| ) | |
| Plaintiff, ) | JOINT STIPULATION TO DISMISS CASE |
| ) | |
| vs. ) | |
| ) | |
| AETNA LIFE INSURANCE COMPANY, a ) corporation;  COOPER GROUP LONG ) TERM DISABILITY PLAN, an ERISA ) plan; DOES 1 through 10, inclusive, ) | |
| ) | |
| Defendants ) | |

1  The parties to the above entitled action do hereby stipulate that, pursuant to
2  the parties' settlement, the matter be dismissed with prejudice.

4  Dated: April 25, 2013                          Dated: April 25, 2013
5  /s/ Paul Fleishman                             /s/ Jordan Altura
6  Paul Fleishman                                 Jordan S. Altura
7  Attorney for Plaintiff                         Attorney for Defendants
   Peter Ahern                                    Aetna Life Insurance Company, and
8                                                 Cooper Group Long Term Disability
                                                  Plan

14 It is so ordered.

16 Dated:   April 29, 2013

18 _____
19 Honorable Maria-Elena James
20 California Northern District Court Magistrate